## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.          Case No. 24-20069-01-DDC

**DAVID INGRAM (01),**

      Defendant.

**Attorney for Government: Ryan Huschka**
**Attorney for Defendant: J. Justin Johnston**

| JUDGE: | Daniel D. Crabtree | DATE: | 11/18/2025 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Amanda Hudson |

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663    $ 7,850,969.57  on count 4 of Indictment
(Maumee Point, LLC - $104,474.08)
(One10 Hotel HRKC LLC - $2,600,674.00)
(900 Broadway KC Development Company LLC - $4,095,865.62)
(A&B Kanab Hotels LLC - $1,049,955.87)
$ _____ on count(s)

☒ **Total Restitution:**    $ **7,850,969.57**

☐ Defendant Fined    $ _____ on count(s)
$ _____ on count(s)

☐ **Total Fine:**    $ _____

☒ Defendant Assessed under 18:3013    $ 100.00  on count 4 of Indictment
$ _____ on count(s)
$ _____ on count(s)

☒ **Total Assessment:**    $ **100.00**

☒ Counts 1-3 of Indictment to be dismissed by the court on the motion of the United States without objection.
☒ Government  ☒ Defendant  - Advised of right to appeal
☒ Defendant to voluntarily surrender.
☐ Defendant remanded to custody.
☐ Stay of Execution  ☐ Granted  ☐ Denied
☒ Notes: Defendant appears in person with counsel. The defendant is sentenced to the custody of the Bureau of Prisons for a term of 46 months to be served consecutively to the sentence imposed in Middle District of Florida, Case No. 6:24-

cr-00172, to be followed by 3 years of supervised release to be served concurrently to the term of supervision imposed in Middle District of Florida, Case No. 6:24-cr-00172.  The court recommends designation to the BOP facility at FMC Butner on the defendant's request.